Alexander Silvert, Assistant Federal Public Defender, FPDHI—Federal Public Defender's Office, Honolulu, HI, Jeffrey Vincent, USP—U.S Penitentiary, Pollock, LA, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Jeffrey Vincent appeals from the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to modify his sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Aikens' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, and the Government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

All pending motions are denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Masaioshy Daikichi SALLEM,**
**Defendant—Appellant.**

**No. 09–10080.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed March 31, 2010.

Beverly R. McCallum, Esquire, Assistant U.S. Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Steven Payne Pixley, Esquire, Tan Holdings Corporation, Legal Department, Saipan, MP, Masaioshy Daikichi Sallem, Big Spring, TX, for Defendant–Appellant.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Masaioshy Daikichi Sallem appeals from his jury-trial conviction and 21–month sentence for conspiracy to sell government property, in violation of 18 U.S.C. §§ 371 & 641, and unauthorized sale of govern-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ment property, in violation of 18 U.S.C. § 641. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sallem's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**